UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SARAI-GABAR THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1738 RWS |
| | ) | |
| ST. LOUIS COUNTY CIRCUIT COURT, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition is denied.

Petitioner is a pretrial detainee. On August 10, 2016, petitioner was charged with felony interference with custody. *Missouri v. Thompson*, No. 16-SL-CR05369-01 (St. Louis County). Petitioner has been referred to the Metropolitan St. Louis Psychiatric Center for a competency evaluation.

In her petition, petitioner says she is a "flesh and blood living woman" and a non-citizen of the United States. She believes she is a "corporate citizen, not subject to the jurisdiction of the corporation[, i.e., state court,] or any of its representatives.

Petitioner's argument has no basis in law or fact. *E.g.*, *United States v. Hart*, 701 F.2d 749, 750 (8th Cir. 1983) (per curiam). As a result, the petition is denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED**.

An Order of Dismissal will be filed separately.

Dated this 29th day of November, 2016.

                                              *[signature]*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE